UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. BORYS, | No. 2:15-cv-1942 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| DANIEL PARAMO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 7, 2016, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 14. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 7, 2016 (ECF No. 14), are adopted in full;

1

2. The stay in this case is lifted and the case shall proceed on the first amended petition.

Dated:  May 3, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Bory1942.800.hc