UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. BORYS, | No. 2:15-cv-1942 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| DANIEL PARAMO, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently before the court is respondent's motion to suspend briefing. ECF No. 23.

    By order filed October 6, 2016, respondent was ordered to respond to the petition. ECF No. 16. Respondent requested and was granted one thirty day extension of time (ECF Nos. 21, 22) and now seeks to suspend briefing in order to obtain sealed portions of the trial court transcript (ECF No. 23). One of petitioner's claims is that the trial court improperly excluded evidence of his victim's sexual conduct, precluding him from presenting a complete defense (ECF No. 11 at 5, 48-53), and the sealed portion of the transcript relates to an evidentiary motion on the matter. Petitioner appears to quote portions of the sealed transcript in his petition, indicating that he may be in possession of a copy of the sealed transcript. Id. at 52. Respondent requests that petitioner be required to provide the sealed portions of the transcript, or advise that

1

he is unable to do so, as required by 28 U.S.C. § 2254(f).

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion to suspend briefing (ECF No. 23) is granted and respondent's deadline to respond to the petition is vacated.

2. Within thirty days of service of this order, petitioner must provide respondent with a copy of the sealed portion of the Clerk's Transcript (pages 198-204). Petitioner should **not** file a copy with the court. If petitioner is unable to provide a copy of the sealed transcript, then within thirty days of service of this order he must file a notice with the court explaining why he cannot provide respondent with a copy of the sealed transcript.

DATED: January 3, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE