UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. BORYS,<br><br>    Petitioner,<br><br> v.<br><br>DANIEL PARAMO,<br><br>    Respondent. | No. 2:15-cv-1942 WBS AC P<br><br><br>ORDER |

  By order filed January 5, 2017, petitioner was ordered to either provide respondent with the sealed portion of the Clerk's Transcript (pages 198-204) from his state court proceedings or advise the court that he could not provide a copy. ECF No. 24. Briefing was stayed pending petitioner's response. Id. Respondent previously requested that, if petitioner represented that he was unable to provide a copy of the sealed transcript, this court issue an order finding the transcript potentially relevant to these proceedings, to assist respondent in obtaining a copy of the transcript. ECF No. 23 at 2.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The sealed portion of the Clerk's Transcript (pages 198-204) from petitioner's state court proceedings regarding his motion filed under California Evidence Code § 782 is potentially relevant to the proceedings in this case.

////

1

2.  Respondent shall have sixty days from service of this order to obtain the sealed transcript, which shall be lodged under seal in this court, and file a response to the petition.

DATED: February 7, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE