UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. BORYS, | No. 2:15-cv-1942 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| DANIEL PARAMO, | |
| Respondent. | |

Petitioner has requested an extension of time to file a response to respondent's answer to the petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 30) is granted; and

2. Petitioner shall have thirty days from service of this order to file a traverse.

DATED: May 23, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE