UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. BORYS,<br><br>    Petitioner,<br><br>    v.<br><br>DANIEL PARAMO,<br><br>    Respondent. | No. 2:15-cv-1942 WBS AC P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with this habeas corpus action filed pursuant to 28 U.S.C. § 2254. As of May 30, 2017, this action was fully briefed and submitted for decision on the merits; it will be decided in due course.

Petitioner now requests the appointment of counsel. Federal law authorizes the appointment of counsel at any stage of a habeas proceeding "if the interests of justice so require." See 18 U.S.C. § 3006A; see also Rule 8(c), Fed. R. Governing § 2254 Cases. The court finds that the interests of justice do not require appointment of counsel at this stage of this proceeding. If it becomes apparent, upon review of petitioner's briefing, that he requires the assistance of counsel, the court will then reconsider the matter *sua sponte*.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel, ECF No. 34, is denied without prejudice.

DATED: July 27, 2018

                                                                      ALLISON CLAIRE<br>                                                                      UNITED STATES MAGISTRATE JUDGE